UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-cv-61429-ALTMAN

**WINILDA VELEZ**,

   *Plaintiff*,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.**, *et al.*,

   *Defendant*.

_____/

**ORDER TO SHOW CAUSE**

On September 8, 2021, the Court entered a Scheduling Order [ECF No. 26], requiring the parties to select a mediator; to select a time, date, and place for mediation; and to file a joint proposed order scheduling mediation by September 28, 2021. The parties have thus far not complied with the Court's orders, as they have not selected a time, date, and place for mediation, nor have they filed a joint proposed order scheduling mediation.

Accordingly, the Court hereby **ORDERS AND ADJUDGES** that, on or before **October 5, 2021**, the parties shall select a mediator—as well as a time, date, and place for mediation—and file a proposed order scheduling mediation with the Court. Failure to comply with this Order will result in appropriate sanctions, including dismissal without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this October 4, 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record